■ In the Matter of ROLAND D. SALINGER, a Disbarred Attorney, for Reinstatement. [620 NYS2d 935] —Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective November 10, 1994. No opinion. Concur—Murphy, P. J., Carro, Rosenberger, Ellerin and Wallach, JJ.